### WILLIAM J. KNOX v. PAULINE C. KNOX

31 So. (2nd) 161
June 27, 1947
Rehearing denied July 28, 1947.

June Term, 1947
Special Division A

*Katzentine & Gramling* and *J. Lewis Hall,* for appellant.
*Nestor Morales,* for appellees.

PER CURIAM:

Affirmed. The petition for attorney fees in this Court in this cause by counsel for appellee is hereby denied.

BUFORD, Acting Chief Justice, CHAPMAN and ADAMS, JJ., and WILLIAMS, Associate Justice, concur.

### FORREST KILGORE v. LOUIS E. GABEL

29 So. (2nd) 637
January 28, 1947

January Term, 1947
Special Division A

Affirmed.

### JEROME O. BRIAN v. RUTH W. BRIAN

29 So. (2nd) 451
January 28, 1947
Rehearing denied February 17, 1947

January Term, 1947
Special Division A

Affirmed.

### WALTER YOUNG v. STATE OF FLORIDA

29 So. (2nd) 451
January 28, 1947

January Term, 1947
Special Division A

Affirmed.

### D. P. KRITISINIS v. JAMES FRANTZ

29 So. (2nd) 451
January 28, 1947

January Term, 1947
Division A

Affirmed.

### E. W. ZELM and wife COLLIE C. ZELM v. IVAN B. HARMON and wife, PANSY HARMON.

29 So. (2nd) 451
January 28, 1947

January Term, 1947
Special Division A

Affirmed.